# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

VICTOR POWELL

## WARRANT FOR ARREST

CASE NUMBER: 00-6220-CR-WPD

**TO: The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __VICTOR POWELL__

Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense) **knowingly and willfully, make a false statement in an application for a passport with the intent to induce and secure the issuance of passports and the rules prescribed pursuant to such law; false claim of U.S. Citizenship; and false oath,**

in violation of Title __18__ United States Code, Section(s) __1542, 911 & 1621__

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

Signature of Issuing Officer

Aug 10 2000  Ft. Lauderdale, FL
Date and Location

Bail fixed at $ Pretrial Detention

BARRY S. SELTZER
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

DEFENDANT'S NAME: VICTOR POWELL

LAST KNOWN RESIDENCE: 715 NE 2ND AVE., # 105 , FT. LAUDERDALE, FLORIDA

LAST KNOWN EMPLOYMENT: UNKNOWN

PLACE OF BIRTH: UNKNOWN

DATE OF BIRTH: 01/21/55

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'11"   WEIGHT: 

SEX: MALE   RACE: BLACK

HAIR: BLACK   EYES: BLACK

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: 

FBI NUMBER: 

COMPLETE DESCRIPTION OF AUTO: 

INVESTIGATIVE AGENCY AND ADDRESS: US DEPARTMENT OF STATE   536-5781