# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA   _498489_

UNITED STATES OF AMERICA

V.

VICTOR POWELL

**WARRANT FOR ARREST**

CASE NUMBER: _00-6220-CR-WPD_

TO:   **The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest   VICTOR POWELL

Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X |Indictment   | |Information   | |Complaint   | |Order of court   | |Violation Notice   | |Probation Violation Petition

**charging him or her with** (brief description of offense) knowingly and willfully, make a false statement in an application for a passport with the intent to induce and secure the issuance of passports and the rules prescribed pursuant to such law; false claim of U.S. Citizenship; and false oath,

in violation of Title _18_ United States Code, Section(s) _1542, 911 & 1621_

Clarence Maddox
**Name of Issuing Officer**

Court Administrator/Clerk of the Court
**Title of Issuing Officer**

**Signature of Issuing Officer**

Aug. 10 2000   Ft. Lauderdale, FL
**Date and Location**

Bail fixed at $ Pretrial Detention

**BARRY S. SELTZER**
by **UNITED STATES MAGISTRATE JUDGE**
**Name of Judicial Officer**

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| Tampa, FL |

| DATE RECEIVED 8/10/2000 | NAME AND TITLE OF ARRESTING OFFICER Christina PHaro, US Marshal S/D FL | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/27/06 | | Sabrina Livingston, ASDUSM |