UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:00-06220-CR-WPD

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**-vs-**

**VICTOR POWELL**                                           **LIMITED NOTICE OF APPEARANCE**

       **Defendant.**
_____/

TO:   THE CLERK OF THE COURT

LAWRENCE W. LIVOTI, P.A., 600 South Andrews Avenue, 6th Floor, Fort Lauderdale, Florida 33301, enters its limited appearance as counsel for the Defendant up to arraignment in this case, and requests that all notices concerning this case be forwarded to counsel.

                                          LAWRENCE W. LIVOTI, ESQ.
                                          Attorney for Defendant
                                          600 South Andrews Avenue
                                          6th Floor
                                          Fort Lauderdale, FL  33301
                                          Telephone:  (954) 523-0050
                                          Email:  browoardlawyer@hotmailcom

                                    By:_____
                                          LAWRENCE W. LIVOTI, P.A.
                                          FL BAR #190463

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by US Mail/Hand Delivery this _____ day of _____, 20____, to:  Roger W. Powell, Assist United States Attorney, United States Attorney's Office, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, FL  33301-3002.

                                            _____
                                            LAWRENCE W. LIVOTI