UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OFFICE OF THE CLERK
300 NORTH HOGAN STREET, SUITE 9-150
JACKSONVILLE, FLORIDA 32202-4271

Sheryl L. Loesch
Clerk

Jacksonville Division
(904)549-1900

December 5, 2006



Clerk, United States District Court
Southern District of Florida
108 United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33332

Re: Transfer of Criminal Case - Magistrate No. 3:06-mj-1322TEM
United States v. Victor Powell; 00-6220-CR-WPD

Dear Sir:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are certified copies of the following: docket sheet, orders, waiver of removal along with copies of all other pertinent papers.

Please acknowledge receipt of these documents on the bottom of the copy of this letter and return the copy to this office. Thank you.

SHERYL L. LOESCH, CLERK

BY: _____
DEPUTY CLERK

Enclosures

**ACKNOWLEDGMENT OF RECEIPT OF DOCUMENTS**

This is to acknowledge receipt of the above documents in the above referenced case on this _____ day of _____.

By: _____
_____

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OFFICE OF THE CLERK
300 NORTH HOGAN STREET, SUITE 9-150
JACKSONVILLE, FLORIDA 32202-4271

Sheryl L. Loesch
Clerk

Jacksonville Division
(904)549-1900

December 5, 2006

Clerk, United States District Court
Southern District of Florida
108 United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33332



Re: Transfer of Criminal Case - Magistrate No. 3:06-mj-1322TEM
United States v. Victor Powell; 00-6220-CR-WPD

Dear Sir:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are certified copies of the following: docket sheet, orders, waiver of removal along with copies of all other pertinent papers.

Please acknowledge receipt of these documents on the bottom of the copy of this letter and return the copy to this office. Thank you.

SHERYL L. LOESCH, CLERK

BY: _____
DEPUTY CLERK

Enclosures

### ACKNOWLEDGMENT OF RECEIPT OF DOCUMENTS

This is to acknowledge receipt of the above documents in the above referenced case on this _____ day of _____.

By: _____

_____

TEM

# U.S. District Court
## Middle District of Florida (Jacksonville)
### CRIMINAL DOCKET FOR CASE #: 3:06-mj-01322-TEM All Defendants
### Internal Use Only

Case title: USA v. Powell  
Other court case number: 00-6220-CR-WPD Southern District of Florida

Date Filed: 11/27/2006

Assigned to: Magistrate Judge Thomas E. Morris

**Defendant**

**Victor Powell** (1)  
*CUSTODY*

represented by **Bruce Parker Culbert**  
Whittington, Culbert & Thies, PA  
712-A N Pine St  
Green Cove Springs, FL 32043-2431  
904/264-8602  
Fax: 904/284-2980  
Email: info@claylawyer.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: CJA Appointment

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1542.F

**Disposition**

**Plaintiff**
USA           represented by    **Dale Robert Campion**
U.S. Attorney's Office
300 N. Hogan Street, Suite 700
Jacksonville, FL 32202
904/301-6300
Email: dale.campion@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/27/2006 | 1 | Arrest - Rule 5(c)(2) of Victor Powell from Southern District of Florida on charges of false statements (cjh) (Entered: 12/05/2006) |
| 11/27/2006 | 2 | Minute Entry for proceedings held before Judge Thomas E. Morris :INITIAL appearance as to Victor Powell held on 11/27/2006 (DIGITAL) (Interpreter/Language: None) (cjh ) (Entered: 12/05/2006) |
| 11/27/2006 | 3 | ORAL MOTION to appoint counsel by Victor Powell. (cjh ) (Entered: 12/05/2006) |
| 11/27/2006 | 4 | ORAL MOTION for detention by USA as to Victor Powell. (cjh ) (Entered: 12/05/2006) |
| 11/27/2006 | 5 | WAIVER of Rule 5(c)(3) hearings by Victor Powell (cjh ) (Entered: 12/05/2006) |
| 11/27/2006 | 6 | ORDER granting [3] Oral Motion to appoint counsel Bruce Parker Culbert for Victor Powell appointed as to Victor Powell (1). Signed by Judge Thomas E. Morris on 11/27/2006. (cjh ) (Entered: 12/05/2006) |
| 11/27/2006 | 7 | CJA 20 as to Victor Powell: appointment of attorney Bruce Parker Culbert for Victor Powell. Signed by Deputy Clerk on 11/27/2006. (cjh ) (Entered: 12/05/2006) |
| 11/27/2006 | 8 | COMMITMENT to another district as to Victor Powell. Defendant committed to Southern District of Florida. Signed by Judge Thomas E. Morris on 11/27/2006.(cjh) (Entered: 12/05/2006) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
11-27-06
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

VICTOR POWELL

COMMITMENT

TO ANOTHER DISTRICT

CASE NO. 3:06-MJ-1322-TEM

### CHARGES

| Charging Document | Statute | Charging District |
|---|---|---|
| Indictment | 18 U.S.C. § 1542, 911 & 1621 | Southern District of Florida (Ft. Lauderdale) |
| | | 00-6220-CR-WPD |

**Description:** False statements in Application for Passport and false claim to U.S. Citizenship

### PROCEEDINGS

| | |
|---|---|
| **BOND STATUS:** | Defendant waived identity hearing and reserved his right to have detention hearing held in the charging district. |
| **COUNSEL:** | CJA Attorney |
| **INTERPRETER:** | No interpreter necessary |

### TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **VICTOR POWELL** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

November 27, 2006

Thomas E. Morris
THOMAS E. MORRIS
UNITED STATES MAGISTRATE JUDGE

### RETURN

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| Date | United States Marshal | By Deputy Marshal |

parties ntfd. (cc)   4cc. U.S. Marshal (cc)
                     U.S. Attny
AO 94 (Rev. 8/97) Commitment to Another District   PTS

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| FLM | Powell, Victor | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 3:06-001322-001 | | | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
| U.S. v. Powell | Other | Adult Defendant | Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)  If more than one offense, list (up to five) major offenses charged, according to severity of offense.

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
Culbert, Bruce Parker
712-A N Pine St
Green Cove Springs FL 32043

Telephone Number: (904) 264-8602

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)
Whittington, Culbert and Thies, PA
712-A N Pine St
Green Cove Springs FL 32043

13. COURT ORDER
- [X] O Appointing Counsel
- [ ] F Subs For Federal Defender
- [ ] P Subs For Panel Attorney
- [ ] C Co-Counsel
- [ ] R Subs For Retained Attorney
- [ ] Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

[X] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case,
or
[ ] Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
11/27/2006
Date of Order    Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment.  [ ] YES  [ ] NO

### CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| In Court | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $   ) TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $   ) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED) | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE  FROM _____ TO _____

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS  [ ] Final Payment  [ ] Interim Payment Number _____  [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  [ ] YES  [ ] NO  If yes, were you paid?  [ ] YES  [ ] NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?  [ ] YES  [ ] NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____  Date: _____

### APPROVED FOR PAYMENT - COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE/MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

FILED 11-27-06
CLERK, U.S. DISTRICT COURT
S.D. OF FLORIDA
FT. LAUDERDALE, FLORIDA

FILED
11-27-06

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.

CASE NO. 3:06-MJ-1322-TEM

VICTOR POWELL

### ORDER

The Court has examined the defendant, **VICTOR POWELL**, under oath and found him without sufficient resources within the meaning of Title 18, United States Code, Section 3006A to employ counsel, and **Bruce Culbert, Esquire** is hereby appointed to represent the defendant.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of November, 2006.

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Campion)
Bruce Culbert, Esquire

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

11-27-06

CLERK, U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.

**VICTOR POWELL**

Case No.: 3:06-MJ-1322-TEM

## WAIVER OF RULE 5(c)(3) HEARINGS

I, VICTOR POWELL, understand that charges are pending in the Southern District of Florida alleging violations of 18 U.S.C. §§1542; 911; 1621 and that I have been arrested in this district and taken before a United States magistrate judge, who informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the Indictment;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

☒ identity hearing

☐ preliminary hearing

☐ Identity hearing and have been informed I have no right to a preliminary hearing

☒ Identity hearing and reserve my right to have the detention hearing held in the prosecuting district

☐ Identity hearing but request a preliminary hearing to be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
VICTOR POWELL

_____
Counsel for the Defendant

November 27, 2006

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FILED IN OPEN COURT
11-29-06
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.

Victor Powell

Case No. 3:06 mj-1322TEM

AUSA: Dale Campion
DEFENSE ATTORNEY: Bruce Culbert

| JUDGE | THOMAS E. MORRIS U. S. Magistrate Judge | DATE AND TIME | 3:32-3:54 |
|---|---|---|---|
| DEPUTY CLERK | Carol Holliman | TAPE/REPORTER | DIGITAL |
| INTERPRETER | None | PRETRIAL/PROBATION: | Jessica Ammon |

## CLERK'S MINUTES

PROCEEDINGS: **INITIAL APPEARANCE/~~REMOVAL ON~~ WARRANT OUT OF** Southern Florida

___ Court requested counsel to be present for possible appointment..
___ Interpreter sworn.
___ Deft. appeared with retained counsel.
✓ Deft. arrested by FHP/USM on today on warrant from S.D. of FL. Previously held in
  ✓ Indictment ___ Information ___ Complaint ___ violation of ___ supervised release ___ probation.
State custody since 11/9/06
✓ Deft. requested court appointed counsel. ✓ Deft. placed under oath. ___ Based on financial affidavit. Court appoints
___ Bruce Culbert _____ ___ with reimbursement upon motion of the govt. -**ORDER TO ENTER.**

✓ Deft. ✓ advised of rights, charges, penalties and special assessment. ___ advised of rights, charges, penalties of violation of ___ supervised release ___ probation.

✓ Govt. oral motion for ✓ detention ___ bond. ___ Govt. ___ Deft. ___ Joint continuance of detention hearing -GRANTED/DENIED.
___ Detention hearing set before Magistrate Judge Morris on _____ - **ORDER OF TEMPORARY DETENTION TO ENTER.**

___ Detention hearing held. Deft. witnesses: _____ ___ Defendant ordered detained - **ORDER OF DETENTION TO ENTER** ___ Govt.'s motion for detention **DENIED.**

___ Govt. recommended bond - ___ **BOND set at** _____
**SEE ORDER SETTING CONDITIONS OF RELEASE TO ENTER.**

✓ Deft. requested to waive ✓ identity hearing ___ detention ___ preliminary examination to be held in the charging district.

✓ Deft. reserved the right to have the detention hearing in the charging district.

✓ Deft. and counsel executed waiver of Rule 40 Hearings

✓ Deft ordered removed to the charging district.

✓ **ORDER OR REMOVAL TO ENTER**

OTHER: _____

FILED IN OPEN COURT:
  ✓ Waiver of Rule 40 Hearings
  ___ CJA23 Financial Affidavit

2