# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER- FORT LAUDERDALE, FLORIDA

*Romain*

DEFT: VICTOR POWELL (J) 16995-053        CASE NO: 00-6220-CR-DIMITROULEAS
AUSA: ROGER POWELL (Terry Thompson)       ATTY:
AGENT:                                     VIOL:
PROCEEDING: INITIAL APPEARANCE             RECOMMENDED BOND: FPD (Nelson Marks)
BOND HEARING HELD - yes (no)               COUNSEL APPOINTED:
BOND SET @: $250,000 CSB w/Nebbia.         To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew:
- ☐ Travel extended to:
- ☐ Halfway House

Δ Present in Court.
Δ Advised of Charges.
Δ Request Court to appoint Attorney. Sworn / Test.
Court finds deft indigent appoints FPD.
Gov't. PTD 3 days.
Both parties stipulate to $250,000 CSB w/Nebbia.
Reserving right to PTD at a later date. (Discloses true name) Jean Claudy Romain.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:
INQUIRY RE COUNSEL:        * No Bond Hrg Held *
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
(STATUS CONFERENCE:)   1/4/07   11:00   LSS

DATE: 12/20/06   TIME: 11:00   FTL/BSS TAPE # 04 - 102   Begin: 2051   End: 2450  2

Start 11:00
End 11:30   (1/2)
Recalled 3200 -