UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6220-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

VICTOR POWELL,
    Defendant.
_____ :

## NOTICE OF REASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

By: s/ *Patrick M. Hunt*
    Patrick M. Hunt
    Assistant Federal Public Defender
    Florida Bar No. 571962
    One E. Broward Boulevard, Suite 1100
    Fort Lauderdale, FL 33301-1842
    (954) 356-7436
    (954) 356-7556, Fax
    Patrick_Hunt@FD.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2006, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and has served same via U.S. Mail to those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing.

By: s/ *Patrick M. Hunt*
Patrick M. Hunt

J:\Powell, Victor Reg16995-053\Pleadings\Notice.rasssignment.wpd