# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ] <br> Plaintiff ] <br> -vs- ] <br> Powell, Victor aka Romain, Jean ] <br> Defendant | CASE NUMBER: CR 00-6220 Cr-Dimi <br> REPORT COMMENCING CRIMINAL ACTION <br> 16995-053 <br> USMS Number |

*********************************************************

TO: CLERK'S OFFICE     MIAMI     (FT. LAUDERDALE)     W. PALM BEACH
U.S. DISTRICT COURT              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

*********************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 12/20/06 _____ AM _____ PM

(2) LANGUAGE SPOKEN: English

(3) OFFENSE(S) CHARGED: False Citizenship / False Passport

(4) UNITED STATES CITIZEN:  ( ) YES  (X) NO  ( ) UNKNOWN

(5) DATE OF BIRTH: 8/5/54

(6) TYPE OF CHARGING DOCUMENT: (check one)
[X] INDICTMENT  [ ] COMPLAINT TO BE FILED/ALREADY FILED
CASE # 00-6220 Cr D(m)1
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PROBATION VIOLATION WARRANT
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: SFL
COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [ ] NO

AMOUNT OF BOND: $_____  WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 12/20/06   ARRESTING OFFICER: S Peters

(10) AGENCY: USMS   (11) PHONE: 754 356 7256

(12) COMMENTS: _____