UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6220-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Victor Powell
    Defendant.
_____/

NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD

FILED by ___ D.C.
JAN 0 4 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    COMES NOW __David A. Howard__ and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

    Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

    Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

    **FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 1-4-07

Attorney: David A. Howard
Address: 44 West Flagler St. Ste. 675
City: Miami   State: FL   Zip Code: 33130
Telephone (305) 357-0295
Florida Bar Number: 956589

    The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____
_____
_____