HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)



DEFT __VICTOR POWELL__ CASE NO: __00-6220-CR-DIMITROULEAS__

AUSA __TERRY THOMPSON__ pres  ATTY __PAT HUNT__ pres
David Howard
new counsel

Motions pending - 0

Days for trial - 2

Discovery - complete
handed to new counsel
in open court.

07 LSS 001: 1330 - 1402

∆'s oral motion to w/D as counsel is
granted - ∆ to submit order.