UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-60220-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.                                                          **MINUTE ORDER**

VICTOR POWELL

On September 12, 2000 this defendant was transferred to fugitive status.

Now that this defendant has been arrested and returned to the jurisdiction of this Court, this defendant presently lodged in fugitive status is hereby returned to the active calendar of the Honorable William P. Dimitrouleas for further proceedings.

CLARENCE MADDOX
CLERK OF COURT
BY: _____
KAREN A. CARLTON
DEPUTY CLERK

DATED: January 4, 2007