UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6220-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,
               Plaintiff,

vs.

VICTOR POWELL,
               Defendant.
_____/



## ORDER

THIS CAUSE  having come before the Court on the Federal Public Defender's *Ore Tenus*

Motion to Terminate Appointment of Counsel on January 4, 2007, and the Court having been fully

advised, it is hereby

**ORDERED** that the Federal Public Defender's Motion for Termination of Appointment of

Counsel is hereby **GRANTED**. Defendant, Victor Powell, has retained David A. Howard, Esquire,

44 W. Flagler Street, Suite 675, Miami Florida 33130-6801, (305) 357-0295, (305) 374-9572, Fax,

to represent him and the Federal Public Defender is relieved of any further responsibility in this

cause.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 16th day of January, 2007,
nunc pro tunc to January 4, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
LURANA S. SNOW

cc:   Patrick M. Hunt, AFPD
      Roger Powell, AUSA
      David A. Howard, Esq.
J:\Powell, Victor Reg16995-053\Pleadings\Order Terminate Appt.wpd