UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA,        )
                                 )
   v.                            )     Case No. 0:00-cr-06220-WPD-1
                                 )
VICTOR POWELL,                   )
                                 )
_____/

**UNOPPOSED MOTION FOR CONTINUANCE FOP TRIAL**

DEFENDANT, VICTOR POWELL, (Powell), though counsel, respectfully moves the Court for a continuance of trial, and in support states:

1. Powell's trial is scheduled for January 29, 2007.

2. Undersigned counsel has pre-arranged travel plans and will be out of the country on that date.

3. In addition, undersigned has been unsuccessful in attempts to meaningfully negotiate a resolution to this case with the prosecuting Assistant United States Attorney as the prosecutor has been in trial on an unrelated matter.

4. However, based upon the extremely brief conversation were able to have, the parties anticipate a resolution which would entail debriefings with Mr. Powell prior to his resolving his case, which debriefing have not yet occurred owing to the congested schedule of the prosecutor to date.

5. Undersigned has discussed this proposed continuance with Mr. Powell and with the Assistant United States Attorney, and neither is opposed to the continuance sought.

6. The January 29, 2007, date is the very first trial setting in this matter, undersigned

does not anticipate seeking a second continuance, and this continuance is sought for good reason, in good faith, and not merely for delay.

WHEREFORE, Mr. Powell respectfully moves the Court for a continuance of trial.

Dated at Miami, Florida, this 22nd day of January, 2007.

> David A. Howard, P.A.
> Attorney for the Defendant
>
> By:　s/ David A. Howard
> 　　　David A. Howard
> 　　　Florida Bar No. 956589
> 　　　44 West Flagler Street, Suite 675
> 　　　Miami, FL 33130
> 　　　(305) 357-0295

## CERTIFICATE OF SERVICE

This Appearance should be forwarded electronically to AUSA Terri Thompson, Esq., pursuant to CM/ECF Protocol. I hereby certify that there are no other persons or entities that should be served by U.S. Mail.

> By:　s/ David A. Howard
> 　　　David A. Howard