UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. 00-6220-CR-DIMITROULEAS

    Plaintiff,

vs.

VICTOR POWELL,

    Defendant.
_____/

## O R D E R

THIS CAUSE having come before the Court on Defendant's January 22, 2007 Unopposed Motion to Continue [DE-19], and the Court noting that no proposed order was provided in violation of S.D. Fla. L.R. 7.1(A)(g) and 7.1(A)(2), it is hereby

ORDERED AND ADJUDGED that the Unopposed Motion for Continuance [DE-19] is Denied without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of January, 2007.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Howard, Esquire
Lawrence W. Livoti, Esquire
Roger Powell, AUSA