# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

Time in Court: 5 minutes

CASE NUMBER: 00-6220-CR-WPD    DATE: January 25, 2007

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Victor Powell

U.S. ATTORNEY: Terry Thompson    DEFT. COUNSEL: William Moris for David Howard

REASON FOR HEARING: Calendar call / status conference

RESULT OF HEARING: Deft's motion to continue is granted. Court resets the case and finds the time from today until trial deemed excludable.

CASE CONTINUED TO: 2/22/07    TIME: 9:00    FOR: Cal call

MISC: 2/26/07 2 week trial period