UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6220-CR-DIMITROULEAS

    Plaintiff,

vs.

VICTOR POWELL

    Defendant,

### ORDER GRANTING CONTINUANCE

This matter having come before the Court on January 25, 2007 on Defendant's Unopposed Motion to Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing February 26, 2007 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on **THURSDAY, February 22, 2007, at 9:00 A.M. o'clock.** It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this 25 day of January, 2007.

                                              WILLIAM P. DIMITROULEAS
                                              United States District Court Judge
                                              Southern District of Florida

cc:    Terrence Thompson, AUSA
        David Howard, Esq.