UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:00-06220-CR-DMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

VICTOR POWELL,
    Defendant.
_____/

## NOTICE OF REASSIGNMENT

**COMES NOW**, the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice that the above captioned case has been reassigned to Assistant United States Attorney Terrence Thompson.

    Respectfully submitted,

    R. ALEXANDER ACOSTA
    UNITED STATES ATTORNEY

By    s/Terrence J. Thompson
    TERRENCE J. THOMPSON
    Assistant United States Attorney
    Court No.: A5500063
    500 East Broward Blvd.,Suite 700
    Ft. Lauderdale, Florida 33394
    Telephone Number(954)356-7255
    Fax Number (954)356-7336