# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

Time in Court: 30 minutes

CASE NUMBER: 00-6220-CR-WPD          DATE: February 22, 2007

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____        INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Victor Powell

U.S. ATTORNEY: Terry Thompson   DEFT. COUNSEL: David Howard

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to count 1. Gvt agrees to dismiss Counts 2 & 3 at time of sentencing. Court accepts guilty plea.

CASE CONTINUED TO: 5/2/07   TIME: 1030   FOR: Sentencing

MISC: Written plea agreement filed