Time in Court:

## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

Time in Court: 5 minutes

CASE NUMBER: 00-6220-CR-WPD   DATE: May 2, 2007

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Carolyn Arrville    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Victor Powell

U.S. ATTORNEY: Patty Diaz for Terry Thompson    DEFT. COUNSEL: David A. Howard

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence imposed; Time Served, 3 years supervised release. No Fine, $100 assessment. If deported, the deft shall remain outside the United States and is not to re-enter without permission.

CASE CONTINUED TO: _____  TIME: _____  FOR: _____

MISC: Deft informed of right to appeal